1  Zachary C. Frampton (SBN 303225)
Email:   zframpton@reedsmith.com
2  REED SMITH LLP
355 South Grand Avenue
3  Suite 2900
Los Angeles, CA 90071-1514
4  Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080
5
Attorneys for Defendant
6  Synchrony Bank

7

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  KAILA JACKSON,                     Case No. 8:16-cv-02181

12               Plaintiff,            [Removal from Superior Court of
                                       California, County of Orange, Case
13      vs.                            No. 30-2016-00884636-CL-NP-CJC]

14  SYNCHRONY BANK,                    **DEFENDANT SYNCHRONY
                                       BANK'S NOTICE OF REMOVAL
15               Defendant.            PURSUANT TO 28 U.S.C. § 1441**

16                                     Action Filed: November 2, 2016

17

18

19

20

21

22

23

24

25

26

27

28
Case No. 8:16-cv-02181

SYNCHRONY BANK'S NOTICE OF
REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant Synchrony Bank ("Synchrony") hereby files a Notice of Removal for the above-captioned action from the Superior Court of the State of California for the County of Orange to United States District Court for the Central District of California, Southern Division.  In support of this Notice of Removal, Synchrony states as follows:

1.      Synchrony is a named defendant in a lawsuit that was filed on November 2, 2016, in the Superior Court of California for the County of Orange, styled *Kaila Jackson v. Synchrony Bank*, No. 30-2016-00884636-CL-NP-CJC ("State Court Action").

2.      On November 8, 2016, Plaintiff served Synchrony's registered agent with the Complaint and Summons in the State Court Action, a true and correct copy attached hereto as **Exhibit A**.

3.      On December 7, 2016, Synchrony filed an Answer to Plaintiff's Unverified Complaint in the Superior Court of California for the County of Orange, a true and correct copy of which is attached hereto as **Exhibit B**.

4.      On December 8, 2016, Synchrony timely files this Notice of Removal within 30 days of being served with the Complaint and Summons.  *See* 28 U.S.C. § 1446(b).

5.      Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** and **Exhibit B** are true and correct copies of all substantive records and proceedings from the state court filed by or served upon Synchrony.

6.      The claims of relief alleged in the State Court Action arise under a federal statute, the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, *et seq*.  This Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331.  *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 748 (2012) (holding that TCPA claims plainly arise under the laws of the United States).

Case No. 8:16-cv-02181                   – 1 –

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1       7.     To the extent that any other claims in this action may arise under state

2  law, supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. § 1367.

3       8.     This Court is the proper district court for removal because Orange

4  County Superior Court is located within the United States District Court for the

5  Central District of California, Southern Division.

6       9.     Synchrony, in accordance with 28 U.S.C. § 1446(d), will promptly serve

7  a copy of this Notice on Plaintiff and will file a copy of the Notice with the Clerk of

8  the Superior Court of Los Angeles County, California.

9       10.    There are no other cases related to the instant action, and Synchrony has

10  not attempted to remove this case previously.

11       11.    By filing this Notice of Removal, Synchrony does not waive any defense

12  to the Complaint, including but not limited to lack of service, improper service, or

13  lack of personal jurisdiction.

14       **WHEREFORE**, Defendant Synchrony Bank notices the removal of the State

15  Court Action to the United States District Court for the Central District of California,

16  Southern Division pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.

17

18  DATED:  December 8, 2016      REED SMITH LLP

19

20       By  */s/ Zachary C. Frampton*
        Zachary C. Frampton

21          Attorneys for Defendant
        Synchrony Bank

22

23

24

25

26

27

28

Case No. 8:16-cv-02181       – 2 –

SYNCHRONY BANK'S NOTICE OF
REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441