JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAILA JACKSON,** | ) Case No. 8:16-cv-02181-AG-JCG |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **SYNCHRONY BANK,** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 2ND day of August, 2017.

_____
The Honorable Andrew J. Guilford